RAKOFF J

ORIGINAL

Pitman, MJ

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-19-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
MELENA WILSON o/b/o              :
SHAMEL BURNS,                    :
                                 :
              Plaintiff,          :
                                 :
        - v. -                   :
                                 :         STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :         07 Civ. 11585 (JSR)(HBP)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.          :
                                 :
- - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 3, 2008 to and including May 2, 2008.  The reason for the request is that

defendant's counsel has not yet been able to complete her review of the administrative record. No previous extension has been requested in this case.

Dated: New York, New York
February 7, 2008

        CHESTER & JACKEL, LLC
        Attorneys for Plaintiff

By: _____
    STEPHEN M. JACKEL, ESQ.
    277 Broadway, Suite 1010
    New York, New York 10007
    Telephone No: (212) 393-1300

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDDGE
2-19-08