

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 1, 2008

By Hand

Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-08
```

Re:  Melena Wilson v. S.B. v. Astrue
     07 Civ. 11585 (JSR) (HBP)

Dear Judge Pitman:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action.

    During my preparation of the government's response to the complaint I encountered several issues that require that I seek additional information from the Agency. Because the Agency's response will impact the answer to the complaint, I will be unable to file the government's answer by the current due date, May 2, 2008. Therefore, with the consent of plaintiff, I respectfully request a thirty-day extension of time, until June 2, 2008, to respond to the complaint.

    This is the government's second request for an extension of time, as the answer was originally due on March 3, 2008.

*APPLICATION GRANTED*

**SO ORDERED**

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Stephen M. Jackal, Esq. (By Fax)