

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-08
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 2, 2008

By Hand

Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007



RECEIVED
JUN - 3 2008
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

    Re:    Melena Wilson o/b/o S.B. v. Astrue
           07 Civ. 11585 (JSR) (HBP)

Dear Judge Pitman:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action.

    During my preparation of the government's response to the complaint I encountered several issues that require that I seek additional information from the Agency. However, due to the press of work, I have been unable to write to the Agency about these issues. Because the Agency's response will impact the answer to the complaint, I will be unable to file the government's answer by today, the current due date. Therefore, I respectfully request a thirty-day extension of time, until July 2, 2008, to respond to the complaint.

    Two prior extensions have been granted to the government, as the answer was originally due on March 3, 2008. I have left a telephone message with opposing counsel about this request, but he has not yet returned my telephone call.

APPLICATION GRANTED

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-4-08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Stephen M. Jackal, Esq. (By Fax)