ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750
Leslie.Ramirez-Fisher@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
MELENA WILSON o/b/o             :
SHAMEL BURNS,                   :
                                :
              Plaintiff,        :
                                :
        - v. -                  :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :
Commissioner of                 :   07 Civ. 11585 (JSR)(HBP)
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
June 25, 2008

        CHESTER & JACKEL, LLC
        Attorneys for Plaintiff

By: /s/ Jackel
    STEPHEN M. JACKEL, ESQ.
    277 Broadway, Suite 1010
    New York, New York 10007
    Telephone No.: (212) 393-1300

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: /s/ Leslie A. Ramirez-Fisher
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

6-30-08